PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Jose Almanzar de la Cruz         Cr.: 21-00159-001
                                                                       PACTS #: 5684383

Name of Sentencing Judicial Officer:   THE HONORABLE RONNIE ABRAMS
                                       UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:     THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/18/2019

Original Offense:   Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, 21 U.S.C. §
                    841(b)(1)(A), 846

Original Sentence: 18 months imprisonment, 60 months supervised release

Special Conditions: $100 - Special Assessment, Search/Seizure, Financial Disclosure, No New Debt/Credit, Supervised by District of Residence, Mental Health Treatment, and Submit Letter within 90 Days of Release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/25/2021

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to San Franciso De Marcoris, Dominican Republic from July 14, 2022 to August 9, 2022 for the purpose of visiting family. He will be traveling with his family and plans to reside at his mother in law's residence in the Dominican Republic.

**U.S. Probation Officer Action:**

Our office recommends travel request be approved. Almanzar de la Cruz reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. He maintains stable residence in Englewood, New Jersey and is employed with Uber as a driver. Almanzar de la Cruz satisfied his special assessment and is currently in full compliance with the conditions of supervised release.

                                                           Respectfully submitted,

                                                           SUSAN M. SMALLEY, Chief
                                                           U.S. Probation Officer

                                                           *Elisa Martinez*

                                                           By:   ELISA MARTINEZ
                                                                 Supervising U.S. Probation Officer

Prob 12A – page 2
Jose Almanzar de la Cruz

/bgm

PREPARED BY:

*Brendan G. Murillo*     04/18/2022
BRENDAN G. MURILLO        Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

4/19/22
_____
Date